1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                             EASTERN DISTRICT OF CALIFORNIA

9

10   JAIME CESAR GONZALEZ,                    No.  1:23-cv-01505-JLT-SAB (PC)

11              Plaintiff,                     ORDER DIRECTING DEFENDANTS TO
                                               FILE A RESPONSE TO OPERATIVE
12        v.                                   COMPLAINT WITHIN TWENTY DAYS

13   JOON KEE JAMES, et al.                    (ECF No. 25)

14              Defendants.

15

16        Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

17   U.S.C. § 1983.

18        On October 28, 2024, the Court granted Defendants Gerald Edwards and Sabrina M.

19   Kurczeski motion to set aside the entry of default in this action.  (ECF No. 25.)  Inasmuch as

20   Defendants have not yet filed a responsive pleading to the operative complaint, it is HEREBY

21   ORDERED that Defendants Edwards and Kurczeski shall file a responsive pleading within

22   twenty (20) days from the date of service of this order.

23

24   IT IS SO ORDERED.

25   Dated:   **October 29, 2024**                  _____
                                                     UNITED STATES MAGISTRATE JUDGE
26

27

28

                                                1