1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JAIME CESAR GONZALEZ, | Case No. 1:23-cv-01505 JLT SAB (PC) |
| 12         Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING |
| 13      v. | DEFENDANTS' MOTION TO DISMISS, AND DISMISSSING DEFENDANTS |
| 14  JOON KEE JAMES, et al. | KURCZESKI AND EDWARDS FOR LACK OF SUBJECT MATTER JURISDICTION |
| 15         Defendants. | (Docs. 27, 28) |

16

17        Jaime Cesar Gonzalez seeks to hold the defendants—including Joon Kee James, Sabrina

18  Kurczeski (erroneously named as Sabrina Kurezeski), and Gerald Edwards—liable for deliberate

19  indifference to Plaintiff's serious medical needs when he was taken to the hospital emergency

20  room for an evaluation following an altercation with correctional officers at California City

21  Correctional Facility.[1]  (*See* Doc. 9.)  Edwards and Kurczeski seek dismissal of the claims raised

22  against them pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.[2]

23  (Doc. 27.)  Plaintiff did not oppose the motion.

24        The magistrate judge observed that "private doctors, nurses, and hospitals who have not

25  assumed the State's obligation to provide medical care to inmates, are not state actors just because

26

27  [1] Previously, the Court granted the motion to dismiss brought by Vu Quang Huynh. (Doc. 21.)
    [2] Defendants James, Kurczeski and Edwards initially failed to respond to the complaint and the Court entered default.
    (Doc. 17.) Edwards and Kurczeski moved to set aside the entry of default, and the Court granted the request.  (Docs.

28  22, 25.) Joon Kee James did not move to set aside entry of default or otherwise respond to the complaint.

                                        1

1  they provide one-off medical treatment to an inmate." (Doc. 28 at 4-5, citing e.g., *West v. Atkins*,

2  487 U.S. 42, 50-54 (1988); *Felix v. Casey*, 2021 WL 2209828, at *2 (E.D. Cal. June 1, 2021).)

3  The magistrate judge found there were "insufficient allegations that Defendants Kurczeski and

4  Edwards are contract medical professionals with California City Correctional Facility, the

5  California Department of Corrections and Rehabilitation (CDCR), or … otherwise employed by

6  the State." (*Id.* at 5.) The magistrate judge found "Kurczeski and Edwards are employed by

7  Adventist Health, Tehachapi," and "were contacted to perform 'emergency' room services" for

8  Plaintiff. (*Id.*) Given the lack of allegations supporting a conclusion Kurczeski and Edwards

9  acted under state law, the magistrate judge found the Court lacked subject matter jurisdiction over

10  the claims against them. (*Id.*) Therefore, the magistrate judge declined to reach the alternative

11  argument raised under Rule 12(b)(6) and recommended the Court grant the motion to dismiss

12  under Rule 12(b)(1). (*Id.* at 6.)

13      The Court served the Findings and Recommendations upon the parties and notified them

14  that any objections must be filed within 14 days of the date of service. (Doc. 28 at 6.) The Court

15  also informed Plaintiff the "failure to file objections within the specified time may result in the

16  waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)

17  Plaintiff did not file objections and the time to do so has passed.

18      According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case.

19  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations

20  are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

21      1.      The Findings and Recommendations filed on January 28, 2025 (Doc. 28) are

22              **ADOPTED** in full.

23      2.      The motion to dismiss brought by Defendants Kurczeski and Edwards (Doc. 17) is

24              **GRANTED** under Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack

25              of subject matter jurisdiction.

26      3.      Defendants Kurczeski and Edwards are **DISMISSED** as defendants.

27  ///

28  ///

2

1    4.    The Clerk of Court is directed to update the docket.

2    5.    The matter is referred to the magistrate judge for further proceedings.

3

4    IT IS SO ORDERED.

5    Dated:    **February 25, 2025**

UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3