1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11      JAIME CESAR GONZALEZ,                    No.  1:23-cv-01505-JLT-SAB (PC)

12                  Plaintiff,                   ORDER TO SHOW CAUSE AS TO
                                                 DEFENDANT JOON KEE JAMES
13             v.
                                                 (ECF Nos. 17)
14      JOON KEE JAMES, et al.

15                  Defendants.

16

17             Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

18      U.S.C. § 1983.  On February 20, 2024, the Court ordered that this action proceed against

19      Defendants Vu Quang Huyah, Joon Kee James, Sabrina Kurczeski (erroneously named as Sabrina

20      Kurezeski), and Gerald Edwards for deliberate indifference to Plaintiff's serious medical needs.

21      (ECF No. 10.)

22             On April 18, 2024, Defendant Vu Quang Huyah filed a motion to dismiss for lack of

23      jurisdiction, which was granted on August 15, 2024, and this Defendants was dismissed from the

24      action.  (ECF Nos. 15, 20, 21.)  However, Defendants Joon Kee James, Sabrina Kurczeski, and

25      Gerald Edwards, did not file a timely response, despite being served with process.  Accordingly,

26      on July 2, 2024, entry of default was issued against Defendants Joon Kee James, Sabrina

27      Kurczeski, and Gerald Edwards.  (ECF No. 17.)

28      ///

                                                     1

1    On August 20, 2024, Defendants Sabrina Kurczeski, and Gerald Edwards moved to set

2 aside the entry of default, which was granted on October 28, 2024.  (ECF No. 25.)  Defendants

3 Sabrina Kurczeski, and Gerald Edwards subsequently filed a motion to dismiss for lack of subject

4 matter jurisdiction, which was granted on February 25, 2025, and these Defendants were

5 dismissed from the action.  (ECF Nos. 27, 28, 29.)

6    To date, Defendant Joon Kee James has not responded to the complaint or moved to set

7 aside the entry of default.[1]

8    Accordingly, it is HEREBY ORDERED that within **20 days** from the date of service of

9 this order, the parties shall show cause as to the lack of response filed by Defendant Joon Kee

10 James.

11

IT IS SO ORDERED.

12

13 Dated:   **February 26, 2025**

STANLEY A. BOONE
14 United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

[1] [1] Federal Rule of Civil Procedure 55(b)(1) provides that, where the plaintiff seeks "a sum certain or a sum that can
be made certain by computation" and provides an affidavit showing the amount due, the clerk must enter judgment
27 for that amount and costs against a defendant who has been defaulted.  However, "[i]n all other cases, the party must
apply to the court for a default judgment." Fed. R. Civ. P. 55(b)(2).

28

2