# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CESAR GONZALEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>JOON KEE JAMES, et al.<br><br>  Defendants. | No. 1:23-cv-01505 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO PROSECUTE<br><br>(Doc. 31) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On April 22, 2025, the magistrate judge issued Findings and Recommendations, which concluded that this action should be dismissed for Plaintiff's failure to prosecute this action. (Doc. 31.) The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 31 at 5.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal." (*Id.* at 5 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).) Neither party filed objections and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

1

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued April 22, 2025 (Doc. 31), are **ADOPTED** in full.
2. This matter is **DISMISSED** without prejudice for failure to prosecute and for failure to obey the Court's orders.
3. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:  **May 23, 2025**

UNITED STATES DISTRICT JUDGE

2